# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

LOUISE CLEVENGER,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:08at0626

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this __28th__ day of __October__, __2008__.

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

Lawrence J. O'Neill, U.S. District Court Judge
Name and Title of Judicial Officer