Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail  rohlfing_office@speakeasy.net

Attorneys for Plaintiff  LOUISE CLEVENGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LOUISE CLEVENGER, | Case No.:   1:08-CV-01647 SMS |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; |
| vs. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Plaintiff Louise Clevenger ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to July 15, 2009; and that Defendant shall have an extension of time until August 17, 2009, to file his opposition, if any is forthcoming.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties request the extension to in order to allow the parties to continue
2  discussion of possible settlement of this matter..
3
4  DATE: June 8, 2009          Respectfully submitted,
5                              LAW OFFICES OF LAWRENCE D. ROHLFING
6                                     /s/ Steven G. Rosales
                            BY: _____
7                               Steven G. Rosales
                                Attorney for plaintiff LOUISE CLEVENGER
8
9  DATED:  June 8, 2009        McGREGOR W. SCOTT
                               United States Attorney
10
11
12                             */S/-*Mark A. Win*
13                             _____
                               Mark A. Win
14                             Special Assistant United States Attorney
15                             Attorney for Defendant
                               [*Via email authorization]
16
17
18
19
20
21
22
23
24
25
26

-2-

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that plaintiff may have an extension of time, to |
| 2 | and including July 15, 2009, in which to file Plaintiff's Opening Brief; Defendant |
| 3 | may have an extension of time to August 17, 2009 to consider the contentions |
| 4 | raised in Plaintiff's Opening Brief, and file any opposition if necessary. |
| 5 | IT IS SO ORDERED. |
| 6 | DATE:  June 19, 2009 |

/s/ Sandra M. Snyder
THE HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com