Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail  rohlfing_office@speakeasy.net

Attorneys for Plaintiff  LOUISE CLEVENGER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LOUISE CLEVENGER,<br><br>      Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>      Defendant | Case No.:   1:08-CV-01647 SMS<br><br>STIPULATION TO EXTEND<br>BRIEFING SCHEDULE;<br><br>ORDER |

        Plaintiff Louise Clevenger ("Plaintiff") and defendant Michael Astrue,

Commissioner of Social Security ("Defendant"), through their undersigned counsel

of record, hereby stipulate, subject to the approval of the Court, to extend the time

for Plaintiff to file Plaintiff's Opening Brief to August 24, 2009; and that

Defendant shall have an extension of time until September 28, 2009, to file his

opposition, if any is forthcoming.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1    The parties request the extension to in order to allow the parties to continue

2    discussion of possible settlement of this matter.

3

4    DATE: July 8, 2009                Respectfully submitted,

5                                      LAW OFFICES OF LAWRENCE D. ROHLFING

6                                            /s/ Steven G. Rosales

             BY:_____

7                                      Steven G. Rosales
                                       Attorney for plaintiff LOUISE CLEVENGER

8

9    DATED:  July 8, 2009              McGREGOR W. SCOTT
                                       United States Attorney

10

11

12                                     */S/-*Mark A. Win*

13                                     _____

14                                     Mark A. Win
                                       Special Assistant United States Attorney

15                                     Attorney for Defendant
                                       [*Via email authorization]

16

17

18

19

20

21

22

23

24

25

26

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2    and including August 24, 2009, in which to file Plaintiff's Opening Brief;

3    Defendant may have an extension of time to September 28, 2009 to consider the

4    contentions raised in Plaintiff's Opening Brief, and file any opposition if

5    necessary.

6    IT IS SO ORDERED.

7    DATE:  July 9, 2009

8

9            /s/ Sandra  M. Snyder
        THE HONORABLE SANDRA M. SNYDER
10       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-