Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail  rohlfing_office@speakeasy.net

Attorneys for Plaintiff  LOUISE CLEVENGER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| LOUISE CLEVENGER, | Case No.:  1:08-CV-01647 SMS |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; |
| vs. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Plaintiff Louise Clevenger ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to October 5, 2009; and that Defendant shall have an extension of time until November 2, 2009, to file his opposition, if any is forthcoming.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties continue to conduct good faith settlement negotiations in this
2  matter. The parties request the extension to in order to allow the parties to
3  continue discussion of possible settlement.

4

5  DATE: August 21, 2009              Respectfully submitted,

6                                      LAW OFFICES OF LAWRENCE D. ROHLFING

7                                           /s/ Steven G. Rosales
                                   BY: _____
8                                      Steven G. Rosales
                                       Attorney for plaintiff LOUISE CLEVENGER
9

10 DATED:  August 21, 2009            McGREGOR W. SCOTT
                                      United States Attorney
11

12

13                                     */S/-*Mark A. Win*

14                                     _____
                                       Mark A. Win
15                                     Special Assistant United States Attorney
                                       Attorney for Defendant
16                                     [*Via telephonic authorization]

17

18

19

20

21

22

23

24

25

26

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including October 5, 2009, in which to file Plaintiff's Opening Brief;
3  Defendant may have an extension of time to November 1, 2009 to consider the
4  contentions raised in Plaintiff's Opening Brief, and file any opposition if
5  necessary.
6   IT IS SO ORDERED.
7  DATE:   8/21/2009

        /s/ Sandra M. Snyder
       THE HONORABLE SANDRA M. SNYDER
       UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com