Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _rohlfing_office@speakeasy.net

Attorneys for Plaintiff  LOUISE CLEVENGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LOUISE CLEVENGER, | ) Case No.:   1:08-CV-01647 SMS |
|        Plaintiff, | ) FOURTH STIPULATION TO |
|     vs. | ) EXTEND BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|        Defendant | ) |

   Plaintiff Louise Clevenger ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to November 20, 2009; and that Defendant shall have an extension of time until January 8, 2010, to file his opposition, if any is forthcoming.

The parties continue to conduct good faith settlement negotiations in this matter.  The parties request the extension to in order to allow the parties to continue discussion of possible settlement.

DATE: October 2, 2009		Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Steven G. Rosales
BY: _____
Steven G. Rosales
Attorney for plaintiff LOUISE CLEVENGER

DATED:  October 2, 2009		LAWRENCE G. BROWN
Acting United States Attorney


*/S/-*Mark A. Win*

_____
Mark A. Win
Special Assistant United States Attorney
Attorney for Defendant
[*Via telephonic authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including November 20, 2009, in which to file Plaintiff's Opening Brief;
3 Defendant may have an extension of time to January 8, 2010 to consider the
4 contentions raised in Plaintiff's Opening Brief, and file any opposition if
5 necessary.
6  IT IS SO ORDERED.
7 DATE:  10/13/2009

/s/ SANDRA M. SNYDER
THE HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE